TOSHIBA CORP., TOSHIBA AMERICA, INC., AND
TOSHIBA HAWAII, INC., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 90–04–00209

## ORDER

MUSGRAVE, *Judge*: This action having been duly submitted for decision, and the Court, after due deliberation, having rendered a decision herein; now, therefore, in conformity with said decision, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's motion for Judgment upon the Agency Record is hereby denied; and it is further

ORDERED, ADJUDGED AND DECREED that this action be and the same hereby is dismissed.